# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL ANDERSON,<br><br>               Petitioner,<br><br>     v.<br><br>JOSEPH W. MOSS,<br><br>               Respondent. | Case No. 2:18-CV-2639-CAS (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record, and has made a *de novo* determination. Accordingly, IT IS ORDERED THAT:

      1.    The Report and Recommendation is approved and accepted;

      2.    Judgment be entered denying the Petition and dismissing this action with prejudice; and

      3.    The Clerk serve copies of this Order on the parties.

DATED: March 18, 2021

                                               HONORABLE CHRISTINA A. SNYDER
                                               UNITED STATES DISTRICT JUDGE