J S - 6

1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

12  SAMUEL ANDERSON,                          Case No. 2:18-CV-2639-CAS (LAL)

13              Petitioner,                   **JUDGMENT**

14       v.

15  JOSEPH W. MOSS,

16              Respondent.

17

18

19       Pursuant to the Order Accepting Report and Recommendation of United States

20  Magistrate Judge,

21       IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

22

23  DATED: March 19, 2021

24                                            HONORABLE CHRISTINA A. SNYDER
                                              UNITED STATES DISTRICT JUDGE
25

26

27

28

-1-